MILLARD SPIALTER v. WILLIAM CHEEK.

Oct. 30, 1979. ORDERED that the motion for leave to appeal is granted and the matter is remanded to the Essex County District Court.